WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Allan Kenneth Morgal,                )
                                     )
            Plaintiff,               )    No. CIV 07-0670-PHX-RCB
                                     )
       vs.                           )         O R D E R
                                     )
Maricopa County Board of             )
Supervisors,                         )
                                     )
            Defendant.               )
_____)

On April 13, 2012, plaintiff *pro se* Allan Kenneth Morgal filed a "Notice to the Court" advising that he "never received" the "Renewed Motion for Summary Judgment" (Doc. 142) filed by the defendant on March 22, 2012.  Not. (Doc. 149) at 1.  Plaintiff does acknowledge receiving, however, the March 23, 2012, order by the Honorable Edward C. Voss, United States Magistrate which, among other things, ordered plaintiff to file a response to that defense motion by no later than April 23, 2012.  Id.

Given plaintiff's pending "Review of Magistrates [sic] Order # 144[][,]" denying plaintiff's motion seeking leave to file an amended complaint (Doc. 147),

IT IS ORDERED that the time frames set forth in the

Magistrate Judge's March 23, 2012, are **vacated**.   After resolution of plaintiff's pending "Review" of the Magistrate Judge's order denying plaintiff's motion seeking leave to amend, this court shall, issue an order setting forth new time frames with respect to defendant's pending renewed summary judgment motion.   At that time, the court will also address plaintiff's assertion herein that he never received that motion.

DATED this 30th day of April, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff *pro se*