**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Allan Kenneth Morgal,<br><br>          Plaintiff,<br><br>     vs.<br><br>Maricopa County Board of<br>Supervisors,<br><br>          Defendant. | No. CIV 07-0670-PHX-RCB<br><br>O R D E R |

On April 13, 2012, plaintiff *pro se*, Allan K. Morgal, filed a "Notice to the Court" (Doc. 148), advising that the Ninth Circuit Court of Appeals awarded him costs in the amount of $19.80.  Evidently, despite "numerous" requests, the defendant has yet to remit that amount to plaintiff.  See Not. (Doc. 148) at 1.  Plaintiff also seeks interest on that amount pursuant to 28 U.S.C. § 1961.  Plaintiff requests this court's "intervention in this dispute[.]"  Id. at 2.

Construing this Notice as a motion, the court hereby **ORDERS** that the defendant, the Maricopa County Board of Supervisors, shall, within **fifteen (15) days** of the date of

1 | entry of this order, file a response, if any, to docket entry
2 | 148.
3 |        DATED this 5th day of June, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff *pro se*