**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan Kenneth Morgal,  ) | |
| ) | |
| Plaintiff,  ) | No. CIV 07-0670-PHX-RCB |
| ) | |
| vs.  ) | O R D E R |
| ) | |
| Maricopa County Board of  ) | |
| Supervisors,  ) | |
| ) | |
| ) | |
| Defendant.  ) | |

On April 13, 2012, plaintiff *pro se*, Allan K. Morgal, filed a "Notice to the Court" (Doc. 148), advising that the Ninth Circuit Court of Appeals awarded him costs in the amount of $19.80.  Among other things, plaintiff requested that the defendant, the Maricopa County Board of Supervisors, send a remittance in that amount to a third-party.  Construing that Notice as a motion, by order entered June 6, 2012, this court ordered the defendant to file a response, if any, within fifteen days of the date of entry of that order.  Ord. (Doc. 153) at 1:27-2:2.

1    Defendant timely filed its "Notice of Mailing Check for
2 Costs to Plaintiff[,]" showing that on June 13, 2012, it had
3 forwarded a check in the amount of $19.80 to plaintiff at his
4 address currently on file with the court.  See Not. (Doc.
5 157), exh. A thereto (Doc. 157-1).  The defendant
6 acknowledged plaintiff's request that the funds be sent to a
7 third-party, which it indicates is "outside the Arizona
8 Department of Corrections[] [("ADOC")]. Id. at 1:22.
9 Nonetheless, the defendant forward the funds directly to
10 plaintiff because "it is unclear as to whether" delivery of
11 the funds to third-party outside ADOC "would comply with ADOC
12 Policy 900, which governs incarcerated individual's funds."
13 Id. at 1:22-24.
14    Given defendant's remittance of $19.80 to plaintiff as
15 the costs of appeal, the court hereby DENIES as moot
16 plaintiff's "Notice to the Court" (Doc. 148), which this
17 court previously construed as a motion.
18    On July 9, 2012, plaintiff filed a "Request for
19 Discovery" (Doc. 161).  Construing this "Request" as a
20 "Motion for Discovery," the defendant shall have fourteen
21 (14) days from the date of entry of this order in which to
22 file and serve a response, if any, to that motion.  Plaintiff
23 shall have seven (7) days after service of such response, if
24 any, to file a reply if he so desires.
25    In light of the rulings herein, and this court's
26 familiarity with this case as evidenced in Morgal v Maricopa
27 County Bd. Of Sup'rs, 2012 WL 2029719 (D.Ariz. June 6,
28 2012)(Doc. 152),

IT IS ORDERED withdrawing the reference to the Magistrate Judge in this case.  All matters going forward shall remain with the District Judge for disposition as appropriate.

IT IS FURTHER ORDERED that plaintiff's Notice to the Court (Doc. 148) is denied as moot.

DATED this 18th day of July, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff *pro se*

s:\clr\prisoner\morgal148                - 3 -