**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Allan K. Morgal, | ) | |
| Plaintiff, | ) | No. CIV-07-0670-PHX-RCB |
| vs. | ) | O R D E R |
| Maricopa County Board of Supervisors, | ) | |
| Defendants. | ) | |

On July 3, 2012, plaintiff *pro se* Allan K. Morgal filed a "Request for more time to Respond to Defendant[']s Motion for Summary Judgment[,]" which was docketed as a motion and the court has deemed to be a motion. Mot. (Doc. 160) at 1. The defendant did not file a response to this motion. Shortly thereafter, on July 9, 2012, plaintiff filed a "Request for Discovery[.]" Mot. (Doc. 161). Construing that "Request" as a motion, this court allowed defendants to file a response. Ord. (Doc. 163) at 2:19-22. Defendants timely filed a response on August 1, 2012 (Doc. 165). Thus, in accordance with this court's prior order, plaintiff has "seven (7) days after service of [that] response, . . . , to file a reply if he so desires."

Given what it perceived, in hindsight perhaps inaccurately, the relationship between plaintiff's motion for an extension of time and his discovery motion, this court deliberately held the former motion in abeyance, anticipating that it would resolve both issues at once. The discovery motion is not yet ripe for this court's consideration in that there is time for plaintiff to file a reply if he so chooses. In the meantime, on August 2, 2012, plaintiff filed his response to defendant's motion for summary judgment, included voluminous exhibits thereto. See Docs. 165-169. Those filings render moot plaintiff's motion for an extension of time.

Accordingly, **IT IS ORDERED** that:

(1) Plaintiff's "Request for more time to Respond to Defendant[']s Motion for Summary Judgment[]" is **DENIED** as moot;

**IT IS FURTHER ORDERED**, by way of clarification, that:

(2) in the interest of justice, Plaintiff's Response to defendant's summary judgment motion (Doc. 165), and accompanying filings (Docs. 166, 167, 168, and 169) are deemed to have been timely filed; and

**IT IS FURTHER ORDERED** that:

(3) also in the interest of justice, defendant shall have **fourteen (14) days** from the date of entry of this order in

-2-

which to file, if any, a reply to plaintiff's response to defendant's motion for summary judgment.

DATED this __2nd__ day of August, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff *pro se*