**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ALLEN K. MORGAL,<br><br>         Plaintiff<br><br>   v.<br><br>MARICOPA COUNTY BOARD OF SUPERVISORS,<br><br>         Defendant. | No. CV-07-670-PHX-RCB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**(Before the Honorable Robert Broomfield)** |

The court having received the parties Joint Stipulation For Dismissal With Prejudice, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above referenced matter is dismissed with prejudice, with each of the parties to bear its own attorney fees and costs, pursuant to the terms of the Settlement Agreement and Release.

DATED this 26th day of March, 2013.

*/s/ Robert C. Broomfield*
Robert C. Broomfield
Senior United States District Judge

1